UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ROE; JANE DOE; JANE DOE 1, <br><br>  Plaintiffs, <br><br> -against- <br><br> DATA ADVANTAGE GROUP, INC., et al., <br><br>  Defendants. | 21-CV-1397 (LTS) <br><br> CIVIL JUDGMENT |

     Pursuant to the orders issued on May 7, 2021, and September 20, 2021, dismissing the complaint and imposing a bar order,

     IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed. Rudy Rosenberg is barred from filing any future civil action without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Rosenberg and note service on the docket.

SO ORDERED.

Dated:  September 20, 2021
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge